# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

MICHAEL ALAN STACY                                    PLAINTIFF

v.                              4:17CV00213-JM-JTK

MATT RICE, et al.                                        DEFENDANTS

## ORDER

Plaintiff's Motion for an Extension of Time (Doc. No. 28) is GRANTED in part. Plaintiff shall file a Response to Defendants' Motion for Summary Judgment (Doc. No. 25) within thirty days of the date of this Order. The failure to timely and properly comply with this Order will result in: (a) all of the facts set forth in Defendants' summary judgment papers being deemed admitted by Plaintiff, pursuant to Local Rule 56.1(c); or (b) the dismissal of this action, without prejudice, pursuant to Local Rule 5.5(c)(2).

IT IS SO ORDERED this 16th day of January, 2018.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE

1