IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

MICHAEL ALLEN STACY,
ADC #127239                                                                                           PLAINTIFF

v.                                      4:17CV00213-JM-JTK

MATT RICE, et al.                                                                                  DEFENDANTS

## ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney. There have been no objections. After a review of those proposed findings and recommendations, the Court adopts them in their entirety. Accordingly,

IT IS, THEREFORE, ORDERED that Defendants' Motion for Summary Judgment (Doc. No. 25) is GRANTED, and Plaintiff's complaint is DISMISSED with prejudice.

An appropriate Judgment shall accompany this Order.

IT IS SO ORDERED this 26th day of March 2018.

_____
JAMES M. MOODY, JR.
UNITED STATES DISTRICT JUDGE